**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| Claim 1 | Wi-Fi Calling |
|---|---|
| An internet network connecting and roaming system providing internet communication service to a data communication terminal of a user moving indoors or outdoors, using an outdoor wireless internet network including an antenna, a router and a location register, and an indoor network including an indoor gateway connectable with an internet network, the system comprising: | The Accused Instrumentality provides an internet network connecting and roaming system.  It provides internet communication service to a data communication terminal of a user moving indoors or outdoors, using an outdoor wireless internet network including an antenna, a router and a location register, and an indoor network including an indoor gateway connectable with an internet network.<br><br>Defendants provide a "Wi-Fi Calling" system and service.  Wi-Fi Calling enables Defendants' mobile and internet subscribers to "talk and text over an active Wi-Fi connection.  Wi-Fi Calling lets you talk and text from indoor locations where it's hard even for a strong cellular signal to reach."[1] |

---

[1] *Wi-Fi Calling*, AT&T (last visited Apr. 24, 2019), https://www.att.com/shop/wireless/features/wifi-calling.html.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**



"With Wi-Fi Calling, you can call, text, and use Visual Voicemail as you do on the cellular network. While in the U.S., Wi-Fi Calling is used when a cellular signal is weak or unavailable."[2]

---

[2] *Id.*

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| | |
|---|---|
| | When Wi-Fi Calling is in use, "[f]or iPhone: The word 'AT&T Wi-Fi' will appear next to the standard Wi-Fi icon in the status bar.  For Android: A plus (+) sign will appear next to the standard Wi-Fi icon in the status bar.  You will also see a Wi-Fi icon on the start and end call buttons as well as on the active call status indicator."[3]  Defendants' Wi-Fi Calling enables seamless switching or hand-off of connectivity between different networks (or technologies), such as cellular (LTE) and Wi-Fi.[4]  For example, "You are connected to the LTE/EPC network and move indoors, into your house.  There you have a fixed broadband connection connected to a WiFi-capable home router.  Depending on preferences, the device may in this situation switch access from LTE to WiFi."[5]  Think of this as a use case: you carry a device that can access, among other technologies, LTE and WiFi. You are connected to the LTE/EPC network and move indoors, into your house. There you have a fixed broadband connection connected to a WiFi-capable home router. Depending on preferences, the device may in this situation switch access from LTE to WiFi. The EPS network then includes features to maintain the sessions also during this handover between two quite different access technologies. |
| a data communication terminal that includes an indoor wireless connection | Defendants' Wi-Fi Calling system and service comprise a data communication terminal.  For example, Defendants sell mobile devices such as smartphones and tablets that support both |

---

[3] *Id.*
[4] *Id.*
[5] Magnus Olsson et al., *EPC and 4G Packet Networks, Driving the Mobile Broadband Revolution* (2d ed. 2012), at 41.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| | |
|---|---|
| module and stores registered indoor system ID information, so that the data communication terminal may be connected with the indoor network if the registered indoor system ID information is received and by connecting with the outdoor wireless internet network if the registered indoor system ID information is not received; | cellular and Wi-Fi calling and texting, internet network connectivity and roaming.[6]  An exemplary or representative example of the data communication terminal is the Apple iPhone, which can "[m]ake a call with Wi-Fi Calling."[7] |

---

[6] AT&T WIRELESS (last visited Apr. 24, 2019), https://www.att.com/wireless/.
[7] *Make a Call with Wi-Fi Calling*, APPLE (Apr. 3, 2019), https://support.apple.com/en-us/HT203032.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**



This device includes an indoor wireless connection module, such as a Wi-Fi chip, and stores registered indoor system ID information.[8]

---

[8] *Connect to Wi-Fi on Your iPhone, iPad, or iPod Touch*, APPLE (Mar. 31, 2019), https://support.apple.com/en-us/HT202639.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**



### Connect to a Wi-Fi network

1. From your Home screen, go to Settings > Wi-Fi.

2. Turn on Wi-Fi. Your device will automatically search for available Wi-Fi networks.

3. Tap the name of the Wi-Fi network that you want to join.

After you join the network, you'll see ✓ next to the network and 🛜 in the upper-left corner of your display or the upper-right corner on an iPhone X and later.

For example, "[w]hen your iOS device evaluates service set identifiers (SSIDs)" it "determines which networks to auto-join."[9]

### How iOS decides which wireless network to auto-join

When auto-joining networks, iOS starts with the most preferred network, followed by private networks, then public ones.

When your iOS device evaluates service set identifiers (SSIDs) and determines which network to auto-join, it will try to connect to networks in this order:

1. Your "most preferred" network
2. The private network you most recently joined
3. A private network
4. A public network

The Apple iPhone stores this information so that it may be connected with the indoor network if the registered indoor system ID information is received and by connecting with the outdoor wireless internet network if the registered indoor system ID information is not received.[10]

---

[9] *How iOS Decides Which Wireless Network to Auto-Join*, APPLE (Nov. 9, 2017), https://support.apple.com/en-us/HT202831.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| | |
|---|---|
| | **Wi-Fi Calling call handover, indicator, and limitations**<br><br>**Call handover**<br><br>• **Wi-Fi Calling to HD Voice:** When leaving Wi-Fi coverage, calls will transition from Wi-Fi Calling to HD Voice when HD Voice coverage is available. Calls will drop if there is no HD Voice coverage or the device is in airplane mode. 911 calls will always disconnect if you lose your Wi-Fi connection.<br><br>• **HD Voice to Wi-Fi Calling:** Calls will transition from HD Voice to Wi-Fi Calling if you are actively connected to the Wi-Fi network. Calls will drop if you are not actively connected to the Wi-Fi network.<br><br>**Wi-Fi Calling indicator**<br>You can see at a glance if your device is using Wi-Fi Calling for calls. You can see the connected Wi-Fi network name in the Wi-Fi settings menu.<br><br>• iPhone: Displays **AT&T Wi-Fi** next to the **Wi-Fi icon** in your phone's status bar.<br><br>• Android: Displays a **plus (+) sign** next to the **Wi-Fi icon** in your phone's status bar. Displays a **Wi-Fi icon** on the **Start call** and **End call** buttons and on the active call status indicator. |
| an indoor gateway that includes an indoor wireless connection module therein, broadcasts the indoor system ID information, makes | Defendants' Wi-Fi Calling system and service comprise an indoor gateway.<br><br>An indoor gateway may be any Wi-Fi access point connected to a Wi-Fi network and the Internet with a wire, such as an indoor home or business gateway, router, or "hotspot." A Wi-Fi access point broadcasts indoor system ID information and makes wireless communications with the data |

[10] *About Wi-Fi Calling*, AT&T (last visited Apr. 24, 2019), https://www.att.com/esupport/article.html#!/wireless/KM1063258.

30628437

B-7

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| | |
|---|---|
| wireless communications with the data communication terminal through the indoor wireless connection module, and is connected with the internet network via a wire; | communication terminal (e.g., Apple iPhone) through the indoor wireless connection module.[11] <br><br> **What is an Access Point?** <br><br> An access point is a device that creates a wireless local area network, or WLAN, usually in an office or large building. An access point connects to a wired router, switch, or hub via an Ethernet cable, and projects a Wi-Fi signal to a designated area. For example, if you want to enable Wi-Fi access in your company's reception area but don't have a router within range, you can install an access point near the front desk and run an Ethernet cable through the ceiling back to the server room. <br><br> Defendants' Wi-Fi Calling system and service comprise a Wi-Fi Internet connection.[12] <br><br> For example, Defendants provide a Wi-Fi Gateway and access to nationwide Wi-Fi hotspots. <br><br> "Want a connection you can count on?  AT&T Internet, formerly U-verse® Internet, is over 99% reliable* and offers multiple plans so you can choose the best speed for your online activities.  Plus, every plan comes with the AT&T Wi-Fi Gateway which provides a steady wireless signal at home, and access to nationwide Wi-Fi hotspots to keep you connected when you're out and about."[13] |

---

[11] *What Is an Access Point and How Is It Different from a Range Extender?*, LINKSYS (last visited Apr. 24, 2019), https://www.linksys.com/us/r/resource-center/what-is-a-wifi-access-point/.
[12] *Wi-Fi Calling*, AT&T, *supra* note 1.
[13] *High Speed Internet Service Plans*, AT&T (last visited Apr. 24, 2019), https://www.attsavings.com/lp/internet-plans.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**





According to AT&T:

> Internet Service is composed of narrowband or broadband access to Internet, and offers you a capability for acquiring or retrieving information from; generating, storing, transforming, processing, or utilizing information on; or making available information to other Internet end points connected directly or indirectly to th[e] AT&T network.[14]

AT&T provides Home Networking / Home Wi-Fi:

> Depending upon the Internet Service you purchase, your Internet Service may include Wi-Fi enabled home networking equipment ("Wi-Fi Equipment") in order to help you allow Wi-Fi enabled devices to wirelessly connect to your Internet Service ("Home Wi-Fi").[15]

---

[14] *Terms of Service*, AT&T INTERNET (Jan. 14, 2019), https://www.att.com/legal/terms.internetAttTermsOfService.html.
[15] *Id.*

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| | |
|---|---|
| | "AT&T will make available to you certain equipment, which may include one or more of the following: (1) a Wi-Fi Gateway ('WG') located inside your premises . . . ."[16]<br><br>"The WG is installed inside your premises and is required for the Service to function. A WG allows multiple devices to connect and communicate to the Internet wirelessly. Smartphones, tablets and laptops are common devices that access the Internet through a WG. A WG resides indoors and has a power cord that plugs into a common electrical outlet. A battery backup is recommended in case of a power outage. Some WGs have an external battery backup while others have an internal battery backup. AT&T will install the WG. Once the WG has been installed by AT&T, you may not move the WG to a different location or reposition at your address or any other address. You agree that, while you continue to receive the Service, neither you nor a third party will move the Equipment within your premises or to any other physical location outside of the premises where it was installed by AT&T."[17]<br><br>AT&T provides Nationwide Wi-Fi hotspots (for Internet):<br><br>Access to AT&T's nationwide network of Wi-Fi Hot Spots may be available to you as part of the Service, and the AT&T Wi-Fi Hot Spots will provide you with access to the Internet via certain AT&T Internet access points (Locations). Primarily, this access is provided via a Wi-Fi network using an IEEE 802.11 standard. . . . You may need your Member account information including your Member ID. If you are also an AT&T Mobility customer, you may auto-authenticate at certain Locations without the use of your Member ID.[18] |
| a location register that stores | Defendants' Wi-Fi Calling system and service comprise a location register that stores location |

---

[16] *Id.*
[17] *Id.*
[18] *Id.*

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| location information of the data communication terminal received through the indoor network or outdoor wireless internet network; and | information of the data communication terminal received through the indoor network or outdoor wireless internet network. |
| --- | --- |
| | For example, Defendants provide a 4G LTE network.[19] |
| | Benefits of the AT&T 4G LTE network<br><br>Learn how the AT&T network connects you to the things you care about most.<br><br>★ PRODUCT SUPPORT<br><br>Learn about our 4G LTE Network<br><br>AT&T connects your home, businesses, cars, devices, entertainment, and your friends and family. At home or on the go, we deliver the services you want, when you want them via the AT&T network. With AT&T, you can take your world further. |
| | The 4G LTE Network uses the 3rd Generation Partnership Project ("3GPP") Evolved Packet Core ("EPC"). The EPC architecture is designed to allow interworking between different access technologies and, in particular LTE and Wi-Fi. In this network architecture an entity called the Home Subscriber Server ("HSS") acts as a common database for all subscriber data.[20] |
| | The HSS "is the master user database that supports the IMS network entities that handle the calls/sessions. It contains user profiles, performs authentication and authorization of the user, and can provide information about the physical location of user."[21] |
| | Within the EPC, the HSS connects to a logical node called the 3GPP AAA Server (over the SWx |

---

[19] *Benefits of the AT&T 4G LTE Network*, AT&T (last visited Apr. 24, 2019), https://www.att.com/esupport/article.html#!/wireless/KM1008740.
[20] Olsson et al., *supra* note 5, at 38, 41.
[21] Stefano Gioia, *Understanding the Home Subscriber Server (HSS) Sh Interface*, ORACLE (Oct. 9, 2006), https://www.oracle.com/technetwork/testcontent/home-subscriber-server-083038.html.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

interface), which enables other logical entities within the EPC to access the set of subscriber data stored in the HSS.[22]

The 3GPP standard illustrates this.[23]



The 3GPP AAA Server is typically implemented either as a software feature inside the HSS itself, or as stand-alone AAA equipment interfacing the HSS over the SWx interface.[24]

"UE" stands for "User Equipment" or the data communication terminal (which may also be referred to "MS" or "mobile station").

---

[22] Olsson et al., *supra* note 5, at 38.
[23] 3GPP TECH. SPECIFICATION 23.402, Release 15 (Mar. 2018), at Figure 4.2.2-1 (annotated).
[24] Olsson et al., *supra* note 5, at 38.

30628437

B-12

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| | |
|---|---|
| | The HSS communicates through the 3GPP AAA Server, which interfaces with logical entities in the EPC, including the Packet Data Network Gateway ("PDN-Gateway") over the S6b interface; the Evolved Packet Data Gateway, labeled ePDG over the SWm interface; Trusted Non-3GPP IP Access Networks over the STa interface; and Untrusted Non-3GPP IP Access Networks over the SWa interface. The data communication terminal updates the network about its location on a regular basis, such that the UE can access the network to make or receive calls, texts, or data, as it moves around the network, e.g., between indoor and outdoor. [25]<br><br>The HSS and/or 3GPP AAA Server stores location information of the data communication terminal received through the indoor network or outdoor wireless internet network.[26]<br><br><br><br>The subscriber information stored in the HSS is described in 3GPP Technical Specification 23.008. Table 5.2A-1 lists the data used for packet-switched network access, such as for Evolved Packet System (EPS) 3GPP access, which includes LTE sessions. Table 5.2A-2 of 3GPP Technical Specification 23.008 lists the data used for packet-switched non-3GPP access, such as for Wi-Fi networks. The data includes location information of the data communication terminal. |

---

[25] Olsson et al., *supra* note 5, at 121.

[26] *See, e.g.*, 3GPP TECH. SPECIFICATION 23.002, Release 15 (Mar. 2018), at § 4.1.1 and Figure 0-a.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

|  |  |
|---|---|
|  | For example, the HSS stores a "PDN Address."[27]  As another example, the HSS stores the "subscribed QoS profile."[28]  In addition, the HSS stores an "Access Point Name (APN)" as part of each subscriber profile.[29]  A PDN Address is an IP address assigned to the UE, when the UE joins an LTE network.[30]  An APN is the label for the Wi-Fi access point.[31]  Additionally, "AT&T collects information about the approximate location of your Device in relation to our cell towers and the Global Positioning System (GPS).  We use that information, as well as other usage and performance information also obtained from our network and your Device, to provide you with wireless voice and data services, and to maintain and improve our network and the quality of your wireless experience."[32] |
| a router that determines the location of the data communication terminal stored in the location register | Defendants' Wi-Fi Calling system and service comprise a router that determines the location of the data communication terminal stored in the location register and provides roaming of voice/data signals provided to the user by selecting one of the indoor and the outdoor networks in accordance |

[27] 3GPP TECH. SPECIFICATION 23.008, Release 15 (Mar. 2019), at Table 5.2A-1.

[28] *Id.*

[29] *Id.* at Table 5.2A-2; Olsson et al., *supra* note 5, at 277.

[30] *LTE IP Address Allocation Schemes I: Basic*, NETMANIAS, at 3 (Feb. 13, 2015), https://www.netmanias.com/en/post/techdocs/7246/lte/lte-ip-address-allocation-schemes-i-basic.

[31] *See, e.g.*, 3GPP TECH. SPECIFICATION 23.008, *supra* note 27, at Table 5.2A-2, §§ 2.13.6, 3.11.1.3.

[32] *Wireless Customer Agreement*, AT&T MOBILITY (last visited Apr. 24, 2019), https://www.att.com/legal/terms.wirelessCustomerAgreement.html.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

| | |
|---|---|
| and provides roaming of voice/data signals provided to the user by selecting one of the indoor and the outdoor networks in accordance with the determined location of the data communication terminal. | with the determined location of the data communication terminal.<br><br>For example, Defendants' Wi-Fi Calling transitions the voice or data signal from the 4G LTE cellular network to the Wi-Fi network "when a cellular signal is weak or unavailable," based on "locations where it's hard even for a strong cellular signal to reach," such as "in places like basements or rooms without windows."[33]  And "[i]f you are using Wi-Fi Calling in the Domestic Coverage Area and HD Voice coverage is available, your call will switch to cellular and continue without a break when your Wi-Fi connection is lost."[34]<br><br>For example, Defendants' 4G LTE Network includes a Packet Data Network Gateway, "PDN GW" or "P-GW."[35]<br><br><br><br>Figure 2.16: Interworking Between 3GPP Access and Non-3GPP Access Technologies.<br><br>This is further illustrated by the 3GPP standard.[36] |

---

[33] *Wi-Fi Calling*, AT&T, *supra* note 1.

[34] *Wi-Fi Calling*, AT&T, *supra* note 1.

[35] Olsson et al., *supra* note 5, at 41, Fig. 2.16.

[36] 3GPP TECH. SPECIFICATION 23.402, *supra* note 23, at Figure 4.2.2-1 (annotated).

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**



The PDN GW is the point of interconnect between the EPC and external IP networks.  IP traffic runs through the PDN GW.  The PDN GW interfaces the 3GPP AAA Server to retrieve subscriber data stored in the HSS, including location information stored in the location register.[37]

The PDN GW routes packets to and from the various packet data networks.[38]

The PDN GW provides roaming for voice and data signals to the user by selecting the LTE (outdoor) network or Wi-Fi (indoor) network in accordance with the location of the data communication

---

[37] Olsson et al., *supra* note 5, at 38.
[38] Frédéric Firmin, *The Evolved Packet Core*, 3GPP (last visited Apr. 24, 2019), http://www.3gpp.org/technologies/keywords-acronyms/100-the-evolved-packet-core.

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**

terminal.[39]



Figure 6.3: Schematic View of Application, PDN Connection, and Transport Layers for 3GPP Family of Accesses.

Figure 6.4: Schematic View of Application, PDN Connection, and Transport Layers for Trusted Non-3GPP Accesses When PMIP or GTP Is Used on S2a.

---

[39] Olsson et al., *supra* note 5, at Figs. 6.3–6.5.

30628437                                                                                          B-17

**EXHIBIT B**
**Claim Chart for U.S. Patent No. 6,922,728**



Figure 6.5: Schematic View of Application, PDN Connection, and Transport Layers for Untrusted
Non-3GPP Accesses When PMIP or GTP Is Used on S2b.

30628437

B-18